Ronald D. Beaver, *in pro per*
c/o 23515 NE Novelty Hill Rd
Ste B221-393
Redmond, WA 98053
Ph.: 1.425.923.4495
ronbeaverph@icloud.com

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

        JAN 15 2026  LS

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

Ronald D. Beaver, *in pro per*

      Plaintiff,

vs.

| | |
|---|---|
| John Wilson, | in his personal capacity, |
| Jeff Darrow, | in his personal capacity, |
| Does 1 - 100 | in their personal capacities, and |
| County of King, | a political subdivision of |
| | the State of Washington |

      Defendants.

_____/

Civil Action No. _____

## 26-CV-00150-GJL

**VERIFIED COMPLAINT PURSUANT TO 42 U.S.C. § 1983 AND _MONELL_ FOR**

**DEPRIVATION OF FEDERAL STATUTORY RIGHTS UNDER COLOR OF LAW**

**AND COMPLETE FAILURE TO TRAIN**

### I. The Threshold Question of Law

1. This action turns on a threshold question of law: whether, during the period Mr. Beaver held title, the County of King possessed lawful authority to impose and collect an *ad*

*valorem* "property tax" on his part and parcel of land conveyed by the United States under a federal grant executed prior to Washington's admission to the Union. If so, Defendants bear the burden as a matter of law of identifying the source of that authority in federal law.

## II. Introduction

2. This is a § 1983 / *Monell* action for deprivation of federal statutory rights and immunities conferred by the Act of April 24, 1820, a federal land grant statute, upon the defined class of beneficiaries John Pulver and his heirs and assigns as evidenced by a federal patent.

3. Federal land patent No. 9422 issued April 28, 1887 - prior to the admission of Washington into the Union - vested the fee-simple title of the United States to the subject land in the assigns "together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging."

4. Mr. Beaver was the assign of his portion of the granted land from about October 2010 to about May 2024.

5. Defendants acted under color of state law, namely Title 84 of the Revised Code of Washington, to collect from Mr. Beaver nearly $200,000 in *ad valorem* "property taxes" based exclusively and automatically on his ownership of his land.

6. Such taxation deprived Mr. Beaver of his federal statutory rights and immunities as an assign of his land and resulted, in part, from the County of King's "complete failure to train" custom and policy applied to its employees responsible for "property tax" inspection, valuation, assessment, and collection about their authority - or lack thereof - to

tax Mr. Beaver's land.

7. For clarity, this action challenges neither the County of King's nor the State of Washington's taxation authority generally; instead, it concerns only whether Defendants possessed authority to enforce a *specific kind of tax,* on *this specific land*, under *its specific historical circumstances*, during *only the specific period* that Mr. Beaver held title.

8. At no time has Mr. Beaver been provided any congressional authorization or private agreement permitting the impairment of the vested rights and immunities associated with his land through *ad valorem* property taxes.

### III. Jurisdiction and Venue

9. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the laws of the United States, including federal land grant statutes and 42 U.S.C. § 1983.

10. This Court has authority to grant equitable relief under 28 U.S.C. §§ 2201–2202.

11. This Court has personal jurisdiction over Defendants because the acts complained of occurred and were directed from within this District.

12. Venue is proper under 28 U.S.C. §1391 because all Defendants reside in this District and the events giving rise to the claims occurred in this District.

### IV. Parties

13. Plaintiff Ronald D. Beaver was a citizen of Washington and the current assign of the land

Complaint §1983 / Monell Prop Taxes
No. _____

3 of 11

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

at issue during the period relevant to this matter.

14. Defendant John Wilson is sued in his personal capacity for compensatory and punitive damages for actions taken against Mr. Beaver under color of State law during his tenure as King County Assessor, a position he has held continuously since about January 1, 2016. Prior to assuming that office, Wilson served for at least one term as Chief Deputy Assessor, and throughout his combined tenure, which overlapped with a substantial portion of the period Mr. Beaver held title to his land, Defendant Wilson functioned as a senior official responsible for overseeing the valuation and assessment of *ad valorem* property taxation in King County.

15. Defendant Jeff Darrow is sued in his personal capacity for compensatory and punitive damages for actions taken against Mr. Beaver under color of State law during his tenure as Residential Division Director of the King County Assessor's Office. Darrow has been employed by the Assessor's Office for approximately two decades, which period overlapped with the entirety of the period Mr. Beaver held title to his land. As Residential Division Director, Darrow directed the division responsible for inspecting and valuing all "residential" parcels in King County such as, purportedly, Mr. Beaver's land.

16. Defendant County of King (the "County") is a political subdivision of the State of Washington and is responsible for the policies, customs, and training - or lack thereof - of the King County Assessor's Office.

17. Defendants Does 1–100 are unknown individuals who participated in, executed, authorized, or ratified the acts of which Mr. Beaver complains herein. Mr. Beaver will

amend this Complaint to substitute their true names when ascertained during discovery.

## V. The Subject Land and Patent

18. The physical land at issue is a part and parcel of Section 12, Township 25 N, Range 6 East, W. M, commonly referenced as "26450 NE 70th Street, Redmond" (the "Land"), and situated within King county. *See RCW 36.04.170.*

19. Federal land patent No. 9422 issued April 28, 1887 conveyed the Land, "together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature thereunto belonging" to John Pulver and "his heirs and assigns forever." *See a copy of the Patent in Exhibit 1.*

20. The Patent issued in 1887 prior to Washington's admission to the Union in 1889, at a time when no state sovereignty or state-derived taxing authority existed with respect to the Land.

21. Mr. Beaver acquired the Land via warranty deed grant dated about October 11, 2010, and held title until about May 2024 when he disposed of the Land. *See Exhibit 2.* Mr. Beaver connected his title to the Patent via a regular chain of mesne conveyances by grant, as reflected in public land records maintained by the County.

## VI. Cornerstone Principles of Law

22. Patents vest the fee-simple title of the United States to land in the assigns.

   (a) Congress's authority under Article IV, Section 3, Clause 2 of the *Constitution* to dispose of federal land is plenary and without limitation. *Cal. Coastal Comm'n v.*

*Granite Rock Co.*, 480 U.S. 572, 594 (1987). A federal land patent is conclusive evidence of the granting of the fee-simple title of the United States to its land to the assigns. *Gibson v. Chouteau*, 80 U.S. (13 Wall.) 92, 93 (1871).

(b) Congressional grants pass the land together with all rights, privileges, and immunities belonging to the land, excepting only those expressly excluded. *United States v. Arredondo*, 31 U.S. 691, 740-741 (1832). Such grants are federal statutes and are to be construed according to the intent of Congress. *Missouri, K. & T. R. Co. v. Kansas P. Ry. Co.*, 97 U.S. 491, 497 (1878).

23. <u>Patent issuance exhausts sovereign power over vested rights and immunities</u>. Upon patent issuance, the rights and immunities conveyed by patent vest irrevocably in the grantee and assigns. *Fletcher v. Peck*, 10 U.S. 87, 135 - 137 (1810). All third party claims - even "sovereign" claims - that would impair such rights and immunities must be asserted, if at all, in the patent proceeding *prior to vesting* or they are barred as a matter of law. *Summa Corp. v. California ex rel. State Lands Comm'n*, 466 U.S. 198, 209 (1984).

24. <u>Taxation authority is a binary question of law.</u> The power to tax either exists, or it does not. Where a state or local government lacks authority to impose a particular burden such as taxation on federally-granted rights and immunities, no degree of moderation, necessity, or public interest can supply that power. As the Supreme Court explained, the power to tax involves the power to destroy, and a power that depends upon restraint or confidence is not a lawful power at all. *McCulloch v. Maryland,* 17 U.S. (4 Wheat.) 316, 431–32 (1819).

25. <u>Local authority may not impair vested rights and immunities</u>. Local authority related to

Complaint §1983 / Monell Prop Taxes
No. _____

6 of 11

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

land conveyed by federal patent, to the extent such authority exists at all, is subject to the qualification that it may not "impair the efficacy of the grant or the use and enjoyment of the property by the grantee." *Brewer-Elliott Oil & Gas Co. v. United States*, 260 U.S. 77, 87-88 (1922) Property taxes like those at issue in this action impair - and in the extreme could "destroy" altogether - the efficacy of a federal grant and the use and enjoyment of the land by: (a) converting the fee-simple title intended by Congress into conditional, quasi-feudal tenure in substance, under which (b) use and enjoyment of the land depends upon payment of perpetual, discretionary, coerced *ad valorem* property taxes functioning as rent.

### VII. Property Tax Assessment and Collection under Color of State Law

26. During the period of Mr. Beaver's ownership of the Land, Defendants inspected, valued, and assessed the Land and demanded payment of perpetual, discretionary, coerced *ad valorem* property taxes (the "Taxes"). *See Exhibit 3 for an example of Defendants' property tax valuation in support of assessment.*

27. Defendants issued statements and demands for payment of the Taxes, backed by explicit threats of penalties, interest, and forfeiture for nonpayment. *See Exhibit 4 for an example of Defendants' property tax payment demand.*

28. By inspecting, valuing, and assessing the Land for taxation purposes, Defendants affirmatively treated the Land as within the County's taxing jurisdiction and acted under color of State law, including Title 84 RCW, purporting to exercise such taxing authority.

Complaint §1983 / Monell Prop Taxes
No. _____

7 of 11

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

29. Mr. Beaver paid, under threat of penalty or forfeiture, nearly $200,000 of the Taxes to the County during the period he held title, based exclusively and automatically on his ownership of the Land.

### VIII. Absence of Defendants' Taxation Authority as Applied to the Land

30. Congress never delegated or granted to the Territory of Oregon, the Territory of Washington, the State of Washington, or any other party authority to impose the Taxes, whether in the Act, in the Patent, in Washington's Enabling Act (25 STAT 676), or otherwise.

31. Defendants cannot identify any enforceable express or implied agreement by which Mr. Beaver genuinely consented to payment of the Taxes.

### IX. County's Complete Failure to Train

32. Federal land patents and subsequent conveyances are foundational instruments of title and property law, and matters of public record.

33. The federal statutes governing grants and patents, and the controlling judicial authority interpreting them, are likewise matters of public record of which Defendants are charged with constructive notice.

34. Defendant County provided no training whatsoever, either formal or informal, to its officers, employees, and agents regarding the force and effect of federal land patents as applied to the County's authority to impose the Taxes.

35. The County's "complete failure to train" *Monell* custom and policy constitutes deliberate indifference to the federal statutory rights and immunities conveyed by the Patent and the subsequent chain of conveyances to Mr. Beaver.

36. Defendants Wilson and Darrow acted pursuant to the County's "complete failure to train" custom and policy when inspecting, valuing, assessing, and collecting the Taxes.

37. The deprivation of Mr. Beaver's federal statutory right to possess, use, and enjoy the Land in fee-simple, free from the Taxes, was the direct and proximate result of the County's "complete failure to train" custom and policy.

## X. Causes of Action

**Count 1. Deprivation of Federal Statutory Rights and Immunities under Color of State Law**

38. Mr. Beaver incorporates ¶¶ 1 - 37 with the same effect as if set forth at length herein.

39. Defendants Wilson and Darrow, acting under color of State law, inspected, assessed, imposed, and collected the Taxes.

40. These acts converted Mr. Beaver's fee-simple title into a conditional tenure enforceable by penalties and forfeiture as a matter of law, thereby impairing the efficacy of the federal grant and Mr. Beaver's use and enjoyment of the Land.

41. By these acts Defendants Wilson and Darrow deprived Mr. Beaver of his federal statutory right to possess, use, and enjoy the Land in fee-simple, free from the Taxes, in violation of 42 U.S.C. § 1983.

//

//

## COUNT 2. County's Complete Failure to Train

42. Mr. Beaver incorporates ¶¶ 1 - 37 with the same effect as if set forth at length herein.

43. Defendant County maintained no policy, training, or instruction regarding the force, effect, or limitations of federal land patents as applied to the Taxes.

44. The County's "complete failure to train" *Monell* custom and policy constitutes deliberate indifference to federal statutory rights and immunities conferred by federal statute upon Mr. Beaver as an assign.

45. Defendant Wilson's and Darrow's deprivation of Mr. Beaver's federal statutory rights and immunities was the direct and proximate result of the County's "complete failure to train" custom and policy.

## XI. Request for Relief

Wherefore, Mr. Beaver requests this Court:

A. Declare that Defendants lacked authority to impose and collect the Taxes, i.e., the *ad valorem* property taxes on the Land during the period Mr. Beaver held title;

B. Award compensatory damages, including restitution of approximately $200,000 in unlawfully-collected property taxes, against all Defendants;

C. Award punitive damages against Defendants Wilson, Darrow, and Does 1 - 100 in their respective personal capacities;

D. Award prejudgment interest from the dates of payment and post-judgment interest as provided by law;

Complaint §1983 / Monell Prop Taxes
No. _____

10 of 11

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

E. Award costs and reasonable attorneys' fees under 42 U.S.C. § 1988; and

F. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of January, 2026.

By: _____

Ronald D. Beaver, *in pro per*
c/o 23515 NE Novelty Hill Rd.
Redmond, WA 98053
Ph.: 1.425.923.4495
ronbeaverph@icloud.com

## **VERIFICATION**

Pursuant to the authority of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability. Dated this 15th day of January, 2026, near Redmond, Washington.

By: _____

Ronald D. Beaver, *in pro per*

# Exhibit 1

133

# THE UNITED STATES OF AMERICA,

## To all to whom these Presents shall come, Greeting:

CERTIFICATE
No. 1422

**Whereas** John Pulver of Skagit County Washington Territory

ha_ deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Olympia Washington Territory whereby it appears that full payment has been made by the said

John Pulver

according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," and the acts supplemental thereto, for the south half of the north east quarter, the north east quarter of the south east quarter and the south east quarter of the north west quarter of section twelve, in township twenty five north of range six east, of Willamette Meridian in Washington Territory containing one hundred and sixty acres.

according to the Official Plat of the Survey of the said Lands, returned to the General Land Office by the Surveyor General, which said Tract ha_ been purchased by the said John Pulver

**Now know ye,** That the United States of America, in consideration of the premises, and in conformity with the several Acts of Congress in such case made and provided, have given and granted, and by these presents do give and grant unto the said John Pulver

and to his heirs, the said Tract above described: To have and to hold the same, together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said John Pulver

and to his heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law.

**In testimony whereof,** I, Grover Cleveland President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

**Given** under my hand, at the City of Washington, the twenty eighth day of April, in the year of our Lord one thousand eight hundred and eighty seven, and of the Independence of the United States the one hundred and eleventh.

By the President: Grover Cleveland

M. McKean Secretary

Robt. M. Ross, Recorder of the General Land Office

Bureau of Land Management
Oregon State Office
P.O. Box 2965
Portland, OR 97208
I certify this reproduction is a copy
of the original record on file in this office.

Authorize Signature
PAGE___ OF___ DATE 3/12/25

# **Exhibit 2**

U



2010101200**1702**
PACIFIC NW TIT LD
PAGE-001 OF 007
10/12/2010 15:25
KING COUNTY, WA

WHEN RECORDED RETURN TO
RONALD D. BEAVER
11302 182ND PL NE #4086
REDMOND, WA 98502

**E2462262**
10/12/2010 15:24
KING COUNTY, WA
TAX          $12,910.00
SALE        $725,000.00          PAGE-001 OF 001

### CHICAGO TITLE INSURANCE COMPANY

1305805

## STATUTORY WARRANTY DEED

THE GRANTOR(S)
D. BRADLEY LANDIS, AN UNMARRIED MAN

for and in consideration of
TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION

PACIFIC NORTHWEST TITLE
11/98935-12

in hand paid, conveys and warrants to
RONALD D. BEAVER, AN UNMARRIED PERSON



the following described real estate situated in the County of    KING          State of Washington:

LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A" AND BY THIS REFERENCE MADE A PART HEREOF AS IF FULLY
INCORPORATED HEREIN.

SUBJECT TO: EXCEPTIONS SET FORTH ON ATTACHED EXHIBIT "B" AND BY THIS REFERENCE MADE A
PART HEREOF AS IF FULLY INCORPORATED HEREIN.

Abbreviated Legal: PTN SE NW 12-25-06

Tax Account Number(s):          122506-9053-08

Dated:          OCTOBER 11, 2010

# **Exhibit 3**

Complaint §1983 / Monell Prop Taxes
No. _____

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

**KI**    **OUNTY ASSESSOR**
Kir.    et Center
201 South Jackson Street, Room 708
Seattle, WA  98104

# OFFICIAL PROPERTY
# VALUE NOTICE

THIS IS NOT A TAX BILL

PR.    ITED
FIRST CLASS MAIL
U. S. POSTAGE PAID
SEATTLE, WA
PERMIT NO. 213

**ACCOUNT NUMBER:**  122506-9053-08

**LEVY CODE:**  6443

**EVN CODE:**    8JP3K2

**PROPERTY ADDRESS:**
26450 NE 70TH ST
KING COUNTY

Go paperless - get this notice via email using
EVN Code on this postcard
Go To: **www.kingcounty.gov/assessor/evn**

**2022  VALUE FOR TAXES DUE IN  2023**

| | APPRAISED VALUE | | VALUE AFTER |
| --- | --- | --- | --- |
| | OLD VALUE | NEW VALUE | EXEMPTION |
| LAND: | 631,000 | 913,000 | 913,000 |
| BLDGS: | 828,000 | 1,199,000 | 1,199,000 |
| TOTAL: | 1,459,000 | 2,112,000 | 2,112,000 |

**MAIL DATE:**  06/23/22

**SEE BACK FOR APPEAL DEADLINE**

**MAILING ADDRESS:**

BEAVER RONALD D        2N1765
26450 NE 70TH ST
REDMOND WA            98053

FSF-IP1

# OFFICIAL PROPERTY VALUE NOTICE
KING COUNTY ASSESSOR JOHN WILSON

According to Washington State law, your property valuation was established at the true and fair value of the property as of January 1, 2022 (July 31, 2022 for remodels and new structures). For sales information, data and how your property was valued, please go to **www.kingcounty.gov/depts/assessor/Rpt.** If you have qualified for an exemption, your property taxes will be based on the value after the exemption is applied.

### General Questions?



To link to your property on the web, scan the QR Code to the left
Or visit  kingcounty.gov/assessor
Call King County Assessor's Office, 206-296-7300;
TTY: 711  Toll free, 1-800-325-6165, ext 296-7300.
Email, assessor.Info@kingcounty.gov
**King County Tax Advisor,** 206-477-1060

**DISABLED VET/SENIOR/DISABILITY EXEMPTION:** For taxes collected in 2022, If you own and occupy a residence or mobile home; have an annual income of $58,423 or less; and 61 years of age or older on or before December 31, 2021: or are retired because of a disability, you may qualify for property tax relief. Go to: **taxrelief.kingcounty.gov** or call 206-296-3920.

**CURRENT USE TAXATION PROGRAMS:** An incentive (a property tax reduction) to landowners to voluntarily preserve open space, farmland or forestland on their property is available. Once enrolled, taxable assessed value will be based on its "**current use**" which is lower than the market assessed value. Go to: **www.kingcounty.gov/depts/assessor/TaxRelief/CU.aspx**

**VALUATION APPEALS:** If you believe your assessment exceeds the market value of your property as of January 1, 2022, you may file an appeal to the Board of Appeals and Equalization (BOE). The filing deadline is 60 days from the mailing date on the front of this notice. To file an appeal, visit **www.kingcounty.gov/appeals.** For questions, contact the BOE by emailing **BOE@kingcounty.gov** or call 206-477-3400.

# **Exhibit 4**

Complaint §1983 / Monell Prop Taxes
No. _____

Ronald D. Beaver - 425.923.4495
c/o 23515 NE Novelty Hill Road
B221-393, Redmond, WA 98053

KEEP THIS PORTION / SEE REVERSE SIDE

PROPERTY TAX
CCOUNT-NUMBER
22506-9053-08

3/18/2022

**PAYMENT & ACCOUNT INFORMATION AT:**
**KINGCOUNTY.GOV/PROPERTYTAX**

BEAVER RONALD D          2N1765
26450 NE 70TH ST
REDMOND WA               98053

| LOT | BLOCK | CODE | SEC | TWP | RG |
|-----|-------|------|-----|-----|-----|
| 12-25-06 | 9053 | 6443 | 12 | 25 | 06 |

LOT 1
TGW UND INT IN TRACTS A THRU C
OF SD SP
KC SP #L01S0002
REC #20030501900007 SD SP DAF          ETC
PROPERTY ADDRESS 26450 NE 70TH ST

## 2022 KING COUNTY WA REAL ESTATE TAX

Make check payable to King County Treasury
**201 S. JACKSON ST., #710, SEATTLE WA 98104**

### CURRENT TAX DISTRIBUTION

| | |
|---|---|
| State School Part One. . . . | 2,696.37 |
| State School Two - McCleary. | 1,413.55 |
| Local School Support. . . . . | 3,978.70 |
| County . . . . . . . . . . . . . . . | 1,792.03 |
| City. . . . . . . . . . . . . . . . . . . | |
| Unincorporated/Road. . . . | 2,336.16 |
| Port . . . . . . . . . . . . . . . . . | 164.26 |
| Fire . . . . . . . . . . . . . . . . . . | 1,589.16 |
| Hospital. . . . . . . . . . . . . . | 360.84 |
| Library. . . . . . . . . . . . . . . | 477.93 |
| Other. . . . . . . . . . . . . . . | |
| Emergency Med Svc. . . . . | 362.43 |
| Sound Transit . . . . . . . . . | |
| Flood Control. . . . . . . . . . | 118.85 |

### CURRENT BILLING INFORMATION

| | |
|---|---|
| Land Value. . . . . . . . . . . . | 631,000 |
| Improvements . . . . . . . . . | 828,000 |
| Less: Exempt Value. . . . . . | |
| TAXABLE VALUE . . . . . . . . | 1,459,000 |
| Levy Rate. . . . . . . . . . . . . | 10.47997 |
| General Tax. . . . . . . . . . . | 15,290.28 |
| Voter-Approved Portion . . . . | 4,722.24 |
| Other Charges: | |
| FIRE FEE | 627.67 |
| NOX WEED | 6.07 |
| KING CD | 12.17 |
| SWM | 289.00 |

First half must be paid or postmarked
by April 30, or **FULL AMOUNT
BECOMES DELINQUENT** and accrues
late charges as prescribed by law.
If first half paid by April 30 second
half must be paid by October 31 or it
becomes delinquent and accrues late
charges.

**FULL AMOUNT MAY BE
PAID APRIL 30th**

| | |
|---|---|
| TOTAL CURRENT BILLING | 16,225.19 |
| Omitted Taxes. . . . . . . . . . | |
| TOT CURR BILL w/ OMITS | 16,225.19 |
| DELINQUENT TOTAL. . . . . | |

**GRAND TOTAL** **16,225.19**

---

## MAIL WITH 2ND HALF PAYMENT

### 2022 REAL ESTATE TAX
KingCounty.gov/PropertyTax

Second half payment must be paid or postmarked by **October 31st**
or it becomes delinquent and accrues annual late charges.

DELINQUENT PAYMENTS RECEIVED
WITHOUT LATE CHARGES WILL BE
RETURNED. TO VIEW AMOUNT DUE
AT ANY TIME VISIT:
KingCounty.gov/PropertyTax

PROPERTY TAX ACCOUNT NUMBER
**122506-9053-08**

COMPLETE ONLY IF MAILING ADDRESS HAS CHANGED

NAME

NEW MAILING ADDRESS

CITY/STATE/ZIP

2022

| TAX TYPE | TAX YEAR | OMIT YEAR | INTEREST TO: | PENALTY (SEE REVERSE) | PRINCIPAL AMOUNT | ✱ HALF AMOUNT |
|----------|----------|-----------|--------------|------------------------|------------------|---------------|
| Current | 22 | | | | | 8,112.59 |
| Omitted | | | | | | |
| Delin-quent | | | | | | All payments must include the PRINCI-PAL + INTEREST + PENALTY when due. |

BEAVER RONALD D          2N1765
26450 NE 70TH ST
REDMOND WA               98053

**PAY THIS AMOUNT** ➤ DUE OCTOBER 31          **$8,112.59**

00000000000000000000000000000000000000000012250690530800081125901

---

## MAIL WITH 1ST HALF PAYMENT

### 2022 REAL ESTATE TAX
KingCounty.gov/PropertyTax

First half payment must be paid or postmarked by **April 30th.** Payment
after this date will accrue delinquent late charges based on the full year amount.

DELINQUENT PAYMENTS RECEIVED
WITHOUT LATE CHARGES WILL BE
RETURNED. TO VIEW AMOUNT DUE
AT ANY TIME VISIT:
KingCounty.gov/PropertyTax

PROPERTY TAX ACCOUNT NUMBER
**122506-9053-08**

COMPLETE ONLY IF MAILING ADDRESS HAS CHANGED

NAME

NEW MAILING ADDRESS

CITY/STATE/ZIP

2022

| TAX TYPE | TAX YEAR | OMIT YEAR | INTEREST TO: | PENALTY (SEE REVERSE) | PRINCIPAL AMOUNT | ✱ HALF AMOUNT |
|----------|----------|-----------|--------------|------------------------|------------------|---------------|
| Current | 22 | | | | 16,225.19 | 8,112.60 |
| Omitted | | | | | | |
| Delin-quent | | | | | | All payments must include the PRINCI-PAL + INTEREST + PENALTY when due. |

BEAVER RONALD D          2N1765
26450 NE 70TH ST
REDMOND WA               98053

**PAY THIS AMOUNT** ➤ DUE APRIL 30          **$8,112.60**

00000000000000000000000000000000000000000012250690530800081126009

## PAYMENT OPTIONS:

### ONLINE PAYMENTS:

Go to:
ww.kingcounty.gov/propertytax
Click on
"View my account or pay online"
* Sign up for a text or email reminder

### Vendor Processing Fee:
* e-Checks: $0.55 flat fee
* Credit Cards: 2.35% of amount paid (min $2.00)
* VISA Debit Cards: $3.50 flat fee

 

### BY MAIL:

King County Treasury
201 S. Jackson St., #710
Seattle, WA 98104
* Make check payable to King County Treasury. Your bank record is your receipt.
* Include this payment coupon with check.
* IF YOU OPT TO PAY FULL YEAR AMOUNT BY APRIL 30, please include both payment coupons with payment.
* Delinquent payments received without interest and penalty will be returned.
* Cancellation and delinquency charges will be imposed for dishonored checks. Payments subject to immediate collection. No post-dated checks.

### IN PERSON:

### CURRENTLY NOT AVAILABLE

King County has closed the Administration Building in downtown Seattle and is in the process of relocating affected services. Treasury Operations will join several other agencies in a New Customer Service Center in Pioneer Square.

Visit www.kingcounty.gov/propertytax for updates.

www.k...county.gov/propertytax

## PAYMENT OPTIONS:

### ONLINE PAYMENTS:

Go to:
www.kingcounty.gov/propertytax
Click on
"View my account or pay online"
* Sign up for a text or email reminder

### Vendor Processing Fee:
* e-Checks: $0.55 flat fee
* Credit Cards: 2.35% of amount paid (min $2.00)
* VISA Debit Cards: $3.50 flat fee



### BY MAIL:

King County Treasury
201 S. Jackson St., #710
Seattle, WA 98104
* Make check payable to King County Treasury. Your bank record is your receipt.
* Include this payment coupon with check.
* IF YOU OPT TO PAY FULL YEAR AMOUNT BY APRIL 30, please include both payment coupons with payment.
* Delinquent payments received without interest and penalty will be returned.
* Cancellation and delinquency charges will be imposed for dishonored checks. Payments subject to immediate collection. No post-dated checks.

### IN PERSON:

### CURRENTLY NOT AVAILABLE

King County has closed the Administration Building in downtown Seattle and is in the process of relocating affected services. Treasury Operations will join several other agencies in a New Customer Service Center in Pioneer Square.

Visit www.kingcounty.gov/propertytax for updates.

www.kingcounty.g... .propertytax

### LEARN ABOUT YOUR TAXES / SIGN UP FOR AN eREMINDER:
www.kingcounty.gov/2022taxes

DELINQUENT TAXPAYERS  Housing counseling and legal assistance may be available at little or no cost to you. For more information, please contact the statewide homeownership hotline toll free at 1-877-894-HOME (4663)

INTEREST on delinquent tax is computed monthly from the date of delinquency to the date of payment at the rate of twelve percent per year, (one percent a month). RCW 84.56.020

PENALTY assessed as per RCW 84.56.020.

OMITTED taxes are levied in the current year against property or improvements omitted from the assessment lists in any of the three preceding years.

FORECLOSURES  Property with unpaid 2019 and/or prior year taxes is subject to foreclosure and additional charges.

TAX RELIEF FOR LOW INCOME SENIORS & DISABLED PERSONS
* Exemption: you may qualify for a property tax reduction (exemption) i... income is $58,423 or less and you are 61 or older on or before 12/31...
* Deferral: you may qualify for Washington State to pay your property ta... which becomes a lien against the property. Disposable income must b... $67,411 or less and you must be 60 or older on or before 12/31/21.
* Learn about eligibility requirements: go to www.kingcounty.gov/assessor or contact Department of Assessments: email exemptions.assessments@kingcounty.gov / phone: (206 296-...

A PROPERTY ADDRESS does not always determine the extent of the property taxed. Reference should be made to the Legal Description. A complete legal description is available by viewing the recorded deed.

Learn more about OTHER PROPERTY EXEMPTIONS  Contact the Dep... Assessments. (206) 296-7300 or visit the website. www.kingcounty.gov/depts/assessor/Forms.aspx

PAYMENTS UNDER PROTEST must comply with RCW 84.68.020.

OTHER CHARGES  You may wish to consult with your tax counsel on the federal tax consequences of any fee on this statement.
* SURFACE WATER MANAGEMENT CHARGE (SWM)  (206) 477-480... For questions about computation and billing in unincorporated King County and municipalities except Seattle.
* DRAINAGE CHARGE (for properties within CITY OF SEATTLE) (206) 684-3000 For questions about computation and billing of the drainage charge.
* KING CONSERVATION DISTRICT FEE  For questions concerning this fee for conserving natural resources through landowner stewardship, call (425) 282-1900 or visit www.kingcd.org.
* NOXIOUS WEED FEE  For questions  (206) 477-9333.
* FIRE CHARGE  All questions regarding this voter approved charge sha... be directed to your local fire department.
* IRR DIST - Snoqualmie Valley Watershed Improvement District. for information: www.svwid.com.

TREASURY  For questions and online payments www.kingcounty.gov/propertytax.
(206) 263-2890 (TTY Relay: 711) or TOLL FREE (800) 325-6165.

DEPARTMENT OF ASSESSMENTS  (206) 296-7300: Assessed Valuation, Tax Exemption, Omitted Taxes, Levy Rates, Legal Descriptions. www.kingcounty.gov/assessor.

TAX ADVISOR  (206) 477-1060 For property tax assessment information and assistance with appeals for residential properties.

SOUND TRANSIT (877) 755-4550; email: main@soundtransit.org for information: www.SoundTransit.org.